IRVING TRUST COMPANY, as Corporate Trustee, and Others, Respondents, v. JOSEPH G. SIEGEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EVA J. BRUMMER, Respondent, v. ROBERT I. BLACKMAN and IRVING TRUST COMPANY OF NEW YORK, as Administrators, etc., of SARAH J. BRUMMER, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THEODORE FLAUM and Another, Respondents, v. WALTER ARONSTEIN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN DONOVITCH, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application for Letters of Administration with the Will Annexed in the Estate of BETTI SCHINASI, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [139 Misc. 459.]

In the Matter of the Application for Letters of Administration with the Will Annexed in the Estate of SOLOMON SCHINASI, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [139 Misc. 459.]

CHARLES M. MILLER, County Treasurer, as Administrator, etc., of MICHAEL ORNSTEIN, Deceased, Respondent, v. VALUE GARAGE, INC., and HERMAN SIEGEL, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANK PINTO, Respondent, v. BORDEN'S FARM PRODUCTS COMPANY, INC., Respondent, and SANTINI BROS., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements to the respondent Borden's Farm Products Co., Inc. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GRACE E. LOWENDAHL, for Herself and All Other Creditors of LIBERTUS VAN BOKKELEN, Deceased, and WALTER VAN BOKKELEN, Who Shall Come in and Contribute to the Expense of This Action, Respondent, v. L. VAN BOKKELEN, INC., Appellant.— Order so far as appealed from modified by striking out the terms therein imposed and by providing that the time of the appellant to serve the proposed case be and the same is extended until thirty days after service of order, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.